IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO CONSOLIDATE

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, hereby moves this Court pursuant to Fed. R. Civ. P. 42 to consolidate this case with *MDB Communications, Inc. v. Hartford Casualty Insurance Co.,* Civil No. 05-CV-02131-PLF, a case previously filed in this Court. Plaintiff also files its accompanying Memorandum of Points and Authorities in support of its Motion to Consolidate, which is incorporated herein.

WHEREFORE, the following reasons Plaintiff MDB Communications, Inc. requests that this Court consolidate this case with *MDB Communications, Inc. v.*

*Hartford Casualty Insurance Co.,* Civil No. 05-CV-02131-PLF, a case previously filed in this court and for such other and further relief as justice may require.

                      PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
                      EIG & COOPER, CHTD.

By: _____
   Roy Niedermayer, Esq. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff

**LOCAL CIVIL RULE 7(m) CERTIFICATE**

I HEREBY CERTIFY that, pursuant to Local Rule 7(m), I attempted to obtain defendant's consent to the filing of this Motion to Consolidate. I called and emailed defense counsel, but have not yet received a response as of the time of the filing of this Motion. Because of the pendency of a related case, counsel desired to file this Motion immediately.

_____
                      Roy Niedermayer, Esq. Bar #180380

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Plaintiff's Motion to Consolidate and Local Civil Rule 7(m) Certificate will be served with the Summons and Complaint to:

Hartford Casualty Insurance Company
CT Corporations Systems
1015 15th Street, NW, Suite 1000
Washington, D.C. 20005

_____
                      Roy Niedermayer, Esq. Bar #180380