IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Consolidate and any opposition thereto, it is this _____ day of _____, 2006 by the United States District Court for the District of Columbia,

ORDERED that Plaintiff's Motion to Consolidate be and hereby is GRANTED, and it is further

ORDERED that the present case is consolidated with *MDB Communications, Inc. v. Hartford Casualty Insurance Co.,* Civil No. 05-CV-02131-PLF.

_____
United States District Judge

cc:
Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

Hartford Casualty Insurance Company
CT Corporations Systems
1015 15th Street, NW, Suite 1000
Washington, D.C. 20005