IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S REPLY TO OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, MDB Communications, Inc. ("MDB"), by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, submits this Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and states as follows:

1. For the reasons and arguments already set forth in MDB's Opposition to Defendant's ("Insurance Company") Motion for Summary Judgment, this Court should deny Insurance Company's Motion for Summary Judgment.

2. Conversely, Insurance Company's untimely filed Opposition did not counter or even challenge MDB's argument in its Motion for Summary Judgment that MDB had not yet been made whole and, therefore, remains entitled to recover the full amount of insurance coverage from Insurance Company. It simply referred the Court to its own Motion for Summary Judgment that raised wholly different grounds why summary judgment in Insurance Company's favor was proper. Because of this, if the Court denies Insurance Company's Summary Judgment Motion, it must grant MDB's Summary Judgment pursuant to LCvR 7(b) since MDB's Motion is deemed "conceded."

WHEREFORE, for the reasons and arguments set forth in MDB's Motion for Summary Judgment and pursuant to LCvR 7(b), upon this Court's denial of Insurance Company's Motion for Summary Judgment, it must grant MDB's unopposed Motion for Summary Judgment.

        PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: _/s/ Roy Niedermayer_
    Roy Niedermayer, Esq. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff