IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., | * |
| Plaintiff, | * |
| v. | * Civil Case No.: <u>06-CV-000604-PLF</u> |
| HARTFORD CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT UPON PLAINTIFF'S COMPLAINT</u>**

Defendant, The Hartford Casualty Insurance Company ("Hartford"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 11(b), moves the Court to dismiss Plaintiff, MDB Communications, Inc.'s ("MDB"), Complaint or alternatively, to grant summary judgment in favor of Hartford upon the Complaint and states:

1.  By this Court's Order dated April 20, 2006, this case has been consolidated with Civil Action No. 05-02131. Both cases arise out of losses incurred by Plaintiff due to dishonest actions by its former bookkeeper and insurance coverage provided by Hartford for the same. Civil Action No. 05-02131 concerns two policy periods running from July 28, 2003 – July 28, 2004 and July 28, 2004 – July 28, 2005. The instant case concerns four policy periods running from July to July 1999 – 2003.

2.  Hartford has already filed a Motion for Summary Judgment and supporting memoranda in Civil Action No. 05-02131 based upon Plaintiff's breach of the policy provisions. In an effort to reduce the documentation filed with the Court in the instant case, Hartford incorporates these pleadings by reference into the instant Motion to Dismiss or in the alternative, for summary

judgment. Hartford's Reply Memorandum in Support of its Motion for Summary Judgment specifically addresses why Plaintiff's Complaint in this case fails to state a claim upon which relief may be granted. Primarily, Plaintiff's recovery is barred by its breach the insurance policy under which is seeks to recover by 1) failing to present its new proofs of loss within sixty days of Hartford's request; and 2) as the forgery coverage in the insurance policy specifically excludes payment for loss "resulting from any dishonest or criminal act committed" by Plaintiff's employee.

WHEREFORE, Defendant Hartford Casualty Insurance Company, moves the Court to dismiss Plaintiff's Complaint or in the alternative, grant summary judgment in favor of Hartford and such other and further relief as the Court deems proper.

Respectfully submitted,

_____/s/_____
GEORGE E. REEDE, JR., Bar No. 43062
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202
Telephone: (410)783-6300
Fax: (410)783-6410
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>24th</u> day of <u>April</u> 2006, a copy of the foregoing Motion to Dismiss or in the alternative, Motion for Summary Judgment Upon Plaintiff's Complaint served via electronic transmission upon:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD 20814
*Attorney for Plaintiff*


_____/s/_____
GEORGE E. REEDE, JR., Bar No. 43062