IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MDB COMMUNICATIONS, INC.        )
                                )
        Plaintiff,               )
                                )
v.                              ) Civil No. 05-CV-02131-PLF
                                )
HARTFORD CASUALTY INSURANCE COMPANY )
                                )
        Defendant.               )

**AFFIDAVIT OF CARY HATCH IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1. My name is Cary Hatch, and I am the President and CEO of MDB Communications, Inc. ("MDB").

2. I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and based on my personal knowledge.

3. At all times during the policy terms of Policy 3, Policy 4, Policy 5, and Policy 6, MDB timely paid all the assessed premiums for these coverages and was not in default of any of its obligations under both policies.

4. About March 30, 2006, MDB provided Insurance Company with notice of the losses arising from the dishonest acts of Employee and covered by Policy 3 by delivering Proof of Loss Form.

5. About March 30, 2006, MDB provided Insurance Company with notice of the losses arising from the dishonest acts of Employee and covered by Policy 4 by delivering Proof of Loss Form.

6. About March 30, 2006, MDB provided Insurance Company with notice of the losses arising from the dishonest acts of Employee and covered by Policy 5 by

delivering Proof of Loss Form.

7. About March 30, 2006, MDB provided Insurance Company with notice of the losses from the dishonest acts of Employee and covered by Policy 6 by delivering Proof of Loss Form.

8. At no time prior to March 30, 2006, did MDB make any claims for losses covered by Policies 3-6.

9. At no time prior to or subsequent to March 30, 2006, did Insurance Company request MDB provide a signed, sworn statement of loss containing information requested by Insurance Company for investigation of the claims under Policies 3-6.

10. At no time prior to or subsequent to March 30, 2006, did Insurance Company specifically provide MDB with the necessary forms designated by Insurance Company for providing information requested by Insurance Company for investigation of the claims under Policies 3-6.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

*Cary Hatch*
Cary Hatch
President/CEO
MDB Communications, Inc.

-2-