IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF ROY I. NIEDERMAYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT UPON PLAINTIFF'S COMPLAINT**

1.  My name is Roy I. Niedermayer. I am the attorney for MDB Communications, Inc. ("MDB") in this case and have been involved since February, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money from MDB by Marilyn Essex, an employee of MDB, by means of a series of forged checks drawn on MDB's accounts by the employee.

2.  I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

3.  The attached Exhibit 1 is an accurate copy of a letter received by MDB counsel from the authors who were the representatives of Hartford Casualty Insurance Company.

4.  The attached Exhibits 2 and 3 are authentic, genuine and accurate copies of letters I sent to the addressees and who were the representatives of Hartford Casualty Insurance Company. These Exhibits deal with MDB's claim in this

matter.

5. The factual contents of Exhibit 1 are true.

6. The factual contents of Exhibits 2 and 3 authored by me are true.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

_____
Roy I. Niedermayer