

| | | |
|---|---|---|
| GLENN M. COOPER<br>VICTOR J. ROSENBERG*<br>MARK S. GOLDSTEIN<br>MARK S. ROTHMAN<br>STEPHEN H. PALEY<br>PAULA A. CALIMAFDE<br>RONALD A. DWECK<br>ARTHUR H. BLITZ*<br>ROBERT H. MACLAY<br>STEVEN A. WIDDES<br>HOPE B. EASTMAN<br>WENDELIN I. LIPP*<br>ALAN S. MARK<br>DANIEL P. HODIN<br>ARTHUR G. HOUSE*<br>ROY I. NIEDERMAYER<br>DIANE A. FOX<br>JEFFREY A. KOLENDER | ATTORNEYS AT LAW<br>4800 HAMPDEN LANE, 7TH FLOOR<br>BETHESDA, MARYLAND 20814-2922<br>PH 301-656-7603 · FX 301-654-7354 | LINDA D. SCHWARTZ<br>WAYNE D. EIG<br>MARK A. BINSTOCK<br>PATRICIA M. WEAVER<br>ALAN D. EISLER*<br>DANIEL S. KOCH<br>KATHLEEN M. DUMAIS<br>JAMES R. HAMMERSCHMIDT<br>PAUL G. MARCOTTE, JR.<br>KATHERINE PALUMBO<br>DEBORAH A. COHN<br>NICOLAS S. DUFOUR**<br>HOWARD B. SOYPHER†<br>AUBREY L. MOSS<br>TIFFANY M. TURNER†<br>HILLARY E. CLARK†<br>MICHAEL B. BOMBA† |

March 16, 2005

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

The Hartford Casualty Insurance Company          **CERTIFIED MAIL**
Hartford Plaza                                   **RETURN RECEIPT REQUESTED**
Hartford, CT 06115

    Re:    Insured:                  MDB Communications, Inc.
            Spectrum Policy Number:  42 SBA EV9713 DV
            Policy Period:            7/28/04 to 7/28/05

Gentlemen:

       This firm represents MDB Communications, Inc. ("MDB"), your insured under the above described policies. On behalf of MDB, this letter constitutes the notice of claims of MDB under each of the above policies. This notice is given to you pursuant to Section E.3.b of the Special Property Coverage Form, and other applicable provisions of each of the above policies.

       During the applicable Policy Period of Policy 42 SBA EV9713 DV, MDB sustained a loss as a result of dishonest acts by its employee, Marilyn Essex, while she was employed as the company's bookkeeper. The employee committed acts of repeated defalcation during the Policy Period and which were discovered either within the Policy Period. The employee withdrew funds from the accounts of MDB and had money from MDB account number 002086828654 at Bank of America (formerly known in this area as NationsBank, NA). The employee transferred to her individual accounts or paid for her benefit to third parties. A listing of the months of loss, check numbers, and amounts are attached as Exhibit A. These occurrences resulted in losses to MDB of approximately $76,882.62.

       Claim is hereby made in the amount of $45,000 pursuant to the $20,000 coverage limits under Endorsement SS 04 42 as described in the Policy Declarations and the additional coverage in the amount of $25,000 pursuant to Section A.6 of the Super Stretch

The Hartford Casualty Insurance Company
March 16, 2005
Page 2

Endorsement SS 04 74 09 01.

    Please advise me if additional information regarding this claim is required, the specific information needed, and the applicable forms you require to be filed. MDB is ready to assist you in adjusting this claim and cooperate in conducting whatever factual investigation is necessary.

    I look forward to your prompt response so that this claim may be expeditiously processed and adjusted.

                                    PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG
                                    & COOPER, CHTD.

                                By: _____
                                     Roy Niedermayer, Esq.

RIN:ab
Encl.
cc:    Ms. Cary Hatch, President, MDB Communications, Inc.
        Philip A. Gorelick, Esq. (by e-mail)
        Jack Cashman