IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter having come before the Court on the Motion to Dismiss, or Alternatively, for Summary Judgment upon Plaintiff's Complaint of defendant, Hartford Casualty Insurance Company ("Insurance Company"),and the Court having considered the evidentiary record and the opposition of plaintiff, MDB Communications, Inc., it is this ____ day of _____, 2006

ORDERED that the Motion to Dismiss, or Alternatively, for Summary Judgment upon Plaintiff's Complaint of defendant, Hartford Casualty Insurance Company ("Insurance Company") be and hereby is DENIED.

_____
Paul L. Friedman, United States District Court Judge

cc:

Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr.
Lucinda Davis, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202