IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-CV-02131-PLF ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) ) |
| Defendant. | ) |

### AFFIDAVIT OF KATHARINE O. PORWICK IN SUPPORT OF MOTION OF PLAINTIFF FOR ADMISSION *PRO HAC VICE* OF OUT-OF-JURISDICTION ATTORNEY

1. My name is Katharine Olivia Porwick. I am an attorney for MDB Communications, Inc. ("MDB") in this case. I have been involved since September, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money by MDB's employee, by means of a series of forged checks drawn on MDB's accounts.

2. I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

3. My office address and telephone number are as follows:

   Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
   4800 Hampden Lane, 7th Floor
   Bethesda, MD 20814
   Telephone: (301) 968-1648

4. I am licensed and admitted to (i) the Bar of the State of Maryland by the Court of Appeals, the highest court in Maryland and (ii) the Bar of the United States

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

District Court for the District of Maryland.

5. I am a member in good standing before both Bars, and I have not been the subject of any disciplinary action.

6. I have not been previously admitted *pro hac vice* before the United States District Court for the District of Columbia.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

_____
Katharine O. Porwick