# EXHIBIT 3 TO AFFIDAVIT OF ROY I. NIEDERMAYER



May 2, 2005



Paley Rothman
ATTN: Roy Niedermayer
4800 Hampden Lane. 7th Floor
Bethesda, MD 20814-2922

| | | |
|---|---|---|
| RE: | Insured: | MDB Communications, Inc. |
| | Claim No.: | YKB FD 03998 |
| | Date of Loss: | 2/7/2005 discovery |

Dear Mr Niedermayer:

Thank you for your letter of April 11, 2005 with enclosures. Please provide the following previously requested documentation:

1. Copies of ANY correspondence between the insured and the wrongdoer.

2. A copy of the police report

We note that the allegedly forged checks were drawn on Bank of America. Has any claim been made against Bank of America for allowing the forged signatures to be cashed?

Please note that the per occurrence limit of liability for Employee Dishonesty Coverage is $45,000. The policy defines occurrence as "all loss caused by, or involving, one or more employees, whether the result of a single act or series of acts."

Thank you for your attention to this matter and should you have any questions please contact the undersigned.

Sincerely,

Diane T. Scott
Property Claim Specialist

*Hartford Insurance*
*P.O. Box 68941*
*Indianapolis, IN 46268*
*Telephone 877-230-3084 ext.55044*
*Facsimile 860-723-4348*