# EXHIBIT 5 TO AFFIDAVIT OF ROY I. NIEDERMAYER



GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ*
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE*
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-0165

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
NICOLAS S. DUFOUR**
HOWARD B. SOYPHER†
AUBREY L. MOSS
HILLARY E. CLARK†
DAVID P. SHAPIRO

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

May 6, 2005

Telephone: 301-951-4456
E-mail: rniedermayer@paleyrothman.com

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

Re:   Insured:              MDB Communications, Inc.
      Consolidated Claim Number:   YKB FD 03998

Dear Ms. Scott:

I have now completed an investigation into the records of MDB and spoken to Cary Hatch, MDB's president. We have found no written or e-mail correspondence between Essex, the wrongdoer, and the company regarding any matter dealing with the bank account, checks or check writing, or actions involving the forgeries. For the most part, communications were oral because the wrongdoer had the office next to the president. MDB's review of the electronic communications shows they dealt with unrelated matters such as days the wrongdoer would work, parking, and other administrative matters. Except for the written admission which we were able to obtain, there is nothing else which we have discovered in the files.

Sincerely yours,

Roy I. Niedermayer

RN:ab
cc: Cary Hatch, President (by e-mail)