# EXHIBIT 8 TO AFFIDAVIT OF ROY I. NIEDERMAYER



GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ*
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE*
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR

**PALEY ROTHMAN**
GOLDSTEIN, ROSENBERG, EIG & COOPER
CHARTERED

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-7354

June 10, 2005

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
NICOLAS S. DUFOUR**
HOWARD B. SOYPHER†
AUBREY L. MOSS
TIFFANY M. TURNER†
HILLARY E. CLARK†
MICHAEL B. BOMBA†

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

Re:   Insured:                          MDB Communications, Inc.
      Consolidated Claim Number:        YKB FD 03998

Dear Ms. Scott:

After further research and investigation, I have enclosed those documents requested by your prior letter of May 16, 2005 in which I was able to procure from the insured's former counsel. These are the correspondence with the wrongdoer and any agreements entered in to between the wrongdoer and the insured.

Presently, you have had a chance to review the insured's Proof of Loss and admission of liability of the wrongdoer. In addition, once you have had an opportunity to review the enclosed materials, I would appreciate your advising me, pursuant to the provisions of Special Property Coverage Form SS 00 07 10 02, E.5 and of Crime Common Conditions and Exclusions Form SS 04 80 03 00 what the company's intentions are with respect to this claim since more than thirty (30) days have passed since we filed the Proof of Loss with you.

Sincerely yours,

Roy I. Niedermayer

RIN:ab
Encl.