# EXHIBIT 15 TO AFFIDAVIT OF ROY I. NIEDERMAYER

## Roy Niedermayer

**From:** Lucinda E. Davis [ledavis@niles-law.com]
**Sent:** Wednesday, February 01, 2006 1:56 PM
**To:** Roy Niedermayer
**Subject:** MDB Communications v. The Hartford

Roy--

I am writing regarding a few outstanding discovery matters in the above case. Please let me know whether your client will be producing the request the documents The Hartford has requested or when our accountant, Dave Elmore, may review the requested documents at MDB or wherever the documents are stored. He is currently available for such review/inspection on the following dates: February 7, 8, 13, 14, 16, 20 - 24, and/or 27. In regards to the expert designation due today, Mr. Elmore is our accounting expert and currently will testify in accordance with the correspondence previously produced to you based upon the documents produced to date. I will transmit a copy of his CV to you in the next few days.

In regards to depositions, George would like to do these both on the same day. I am waiting to hear back from Marilyn Essex's attorney regarding her availability on February 28. We will be sending out a corporate designee notice shortly and noting MDB's designee deposition for that date too (instead of Feb. 8). Per your prior request, we will agree to have the designee deposition(s) at your office.

Thanks,

Luci

*Lucinda E. Davis*
*Niles, Barton & Wilmer, LLP*
*111 S. Calvert St., Suite 1400*
*Baltimore, MD 21202*
*Telephone: (410) 783-6390*
*Fax: (410) 783-6410*
*ledavis@niles-law.com*

*Practicing law in Pennsylvania and Maryland*

This message is intended only for the person(s) to whom it is addressed. It may contain information that is PRIVILEGED and CONFIDENTIAL. Any dissemination, distribution, copying, or use of this message or any of its contents, other than by the person(s) to whom it is addressed, is prohibited and may constitute a BREACH OF CIVIL OR CRIMINAL LAW. If this message has been delivered to you in error, please delete the message from your system and contact the sender by reply e-mail or collect telephone call as soon as possible. Thank you.

2/27/2006