EXHIBIT 20

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MDB COMMUNICATIONS, INC.    )
              )
    Plaintiff,     )
              )
v.            ) Civil No. 05-CV-02131-PLF
              )
HARTFORD CASUALTY INSURANCE COMPANY )
              )
    Defendant.   )

**AFFIDAVIT OF ROY I. NIEDERMAYER IN SUPPORT OF
PLAINTIFF'S MOTION TO RECONSIDER, ALTER, OR AMEND
COURT ORDER OF MARCH 28, 2007**

  1.  My name is Roy I. Niedermayer. I am the attorney for MDB Communications, Inc. ("MDB") in this case and have been involved since February, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money from MDB by Marilyn Essex, an employee of MDB, by means of a series of forged checks drawn on MDB's accounts by the employee.

  2.  I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

  3.  The attached Exhibit A is an authentic, genuine and accurate copy of a letter in my file received from a representative of Hartford Casualty Insurance Company in response to the receipt of MDB's notice of loss.

  I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

_____
Roy I. Niedermayer



THE
HARTFORD

February 15, 2005

Philip A Gorelick
ATTN: Philip Gorelick
1700 Wisconsin Avenue NW
Washington, DC 20007

RE:     File Number:     YKB FD 03998
        Insured:         MDB Communications
        Date of Loss:    2/7/2005 (discovery)

Dear Mr. Gorelick:

We acknowledge receipt of your notice of loss. In response to your claim notice, enclosed is a two-sided Proof of Loss Form that should be completed in its entirety and return to my attention **within 60 days from the date of this letter.** We request that you include the following, if applicable:

1. **Proof of employment for each alleged wrongdoer that you name on the Proof of Loss. This includes a copy of the personnel file, position description, most recent known address and telephone number, and W-2 form.**
2. **Copies of police report.**
3. **Copies of any correspondence between the insured and each alleged wrongdoer.**
4. **Copies of documentation you may have to support your claim. (ie: copies of cancelled checks, daily sales reports, credit card invoices).**

All documentation submitted will be made available for review to any alleged wrongdoers.

In addition to the Proof of Loss, we have enclosed a Safe Haven signature form, to be completed, signed and returned to the undersigned. Upon receipt of the signature form a checkbook account will be opened in the amount of the agreed upon settlement.

Finally, we must ask you to note that the bond or policy contains certain time limitations concerning the discovery of loss, filing of the Proof of Loss, and the institution of legal proceedings against Hartford. We encourage you to read the entire bond or policy carefully.

Also be advised that nothing in this letter can or should be construed as an admission of liability or as a waiver of any of the rights and defenses available to Hartford Insurance Company in connection with this matter.

Very truly yours,
**HARTFORD INSURANCE COMPANY**



PLAINTIFF'S
EXHIBIT
_A_

Diane Scott
Commercial Property Claims Specialist

Indianapolis Claim Service Center
P.O. Box 68941
Indianapolis, IN 46268
877-230-3084 ext 55044