**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. 05-CV-02131-PLF |
| ) | |
| HARTFORD CASUALTY INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF ROY I. NIEDERMAYER IN SUPPORT OF**
**REPLY MEMORANDUM OF MDB COMMUNICATIONS, INC.**
**IN SUPPORT OF MOTION TO RECONSIDER, ALTER, OR AMEND**
**THE COURT ORDER OF MARCH 28, 2007**

1. My name is Roy I. Niedermayer. I am the attorney for MDB Communications, Inc. ("MDB") in this case and have been involved since February, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money from MDB by Marilyn Essex, an employee of MDB, by means of a series of forged checks drawn on MDB's accounts by the employee.

2. I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

3. Exhibit 1 attached to MDB's Reply Memorandum in Support of Its Motion to Reconsider, Alter, or Amend the Court Order of March 28, 2007 ("Reconsideration Motion") is an authentic, genuine, and accurate copy of an original August 11, 2005 letter in my file received from counsel for Hartford Casualty Insurance Company.

4. Exhibit 2 attached to MDB's Reply Memorandum in Support of Its Reconsideration Motion is an authentic, genuine, and accurate copy of my original September 8, 2005 letter which I sent to counsel for Hartford Casualty Insurance Company.

5. The enclosures to Exhibit 2 attached to MDB's Reply Memorandum in

Support of Its Reconsideration Motion were the enclosures referred to at the end of the letter by the "Encl." notation and accompanied the September 8, 2005 letter itself when it was mailed to Hartford Casualty Insurance Company.

6. The enclosures to the September 8, 2005 letter were MDB's documents regarding restitution MDB as of the time of its September 8, 2006 response to Hartford's August 11, 2006 request.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

*[signature]*
Roy I. Niedermayer