# NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

Lucinda E. Davis
Pennsylvania and Maryland

(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

August 11, 2005

Roy I. Niedermayer, Esquire
PALEY ROTHMAN
4800 Hampden Ln., 7th Floor
Bethesda, MD 20814

Re:   Your Client and Insured:   MDB Communications, Inc.
      Claim No.:                 YKB FD 04055
      D/Loss:                    2/7/05
      Our File No.:              46470-Hart

Dear Mr. Niedermayer:

This office represents The Hartford in connection with the above-referenced matter. Please be advised that The Hartford is rejecting all previous proofs of loss submitted by the insured with regards to this claim. Specifically, The Hartford is rejecting these proofs as they fail to address the total loss incurred by the insured and the potential credits based upon the restitution your client has received to date.

In an attempt to resolve the outstanding questions regarding this claim, The Hartford will permit the insured to submit revised proofs of loss accompanied by the following documentation within 30 days after the date of this letter. The following documents should be provided or made available for The Hartford's review upon submission of any revised proofs of loss:

- Bank statements for the entire period of Ms. Essex's conduct, including statements before July 2003;
- Marilyn Essex's personnel file and all W2s for the entire period of her employment by the insured;
- Documentation of any and all restitution received by the insured relating to any theft by Ms. Essex, including all correspondence, agreements, copies of checks received in restitution, and bank statements showing the deposit of any and all monies received in restitution; and
- The insured's general ledger entries for the entire period of Ms. Essex's conduct.

Should your client wish to submit revised proofs of loss along with the additional documentation requested above, you may forward these to my attention at our offices.

Sincerely,

Lucinda E. Davis

cc:   Diane Scott, The Hartford
      George E. Reede, Jr., Esquire


EXHIBIT 1