**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENT TO REPLY MEMORANDUM OF MDB COMMUNICATIONS, INC.**
**IN SUPPORT OF MOTION TO RECONSIDER, ALTER, OR AMEND**
**THE COURT ORDER OF MARCH 28, 2007**

Plaintiff, MDB Communications, Inc., incorporates herein by reference the argument on pages 5-8 of its Opposition to Defendant's Motion for Summary Judgment on Plaintiff's Second Complaint as additional reasons why *Travelers Indem. Co. v. United Food & Comm. Workers Int'l. Union*, 770 A.2d 978 (D.C. 2001) is inapplicable to Case 1 and the Court should grant the relief prayed for in plaintiff's Motion to Reconsider, Alter, or Amend the Court's March 28, 2007 Order.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: /s/ Roy Niedermayer
    Roy Niedermayer, Esq. #180380
    Katharine O. Porwick #502043

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorneys for Plaintiff

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

## REQUEST FOR HEARING

      To the extent counsel have inadvertently created factual confusion by the sequential presentation of the pertinent documents to the Court, MDB requests a brief oral argument on its Motion to Reconsider, Alter, or Amend the Court Order of March 28, 2007 in order to rectify this situation and assist the Court.

_____
Roy␣␣Niedermayer

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301)654-7354