**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO SEAL**
**LIMITED PORTIONS OF THE RECORD BY REDACTION**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer, Katharine O. Porwick, and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, moves this Court to seal portions of specific pleadings, exhibits and other items in the Court record in this and the consolidated Civil No. 06-0604 in order to preclude general public Internet web search engine access and to limit certain electronic access to plaintiff's proprietary financial information. The grounds and basis for this Motion are as follows:

1. The pleadings, summary judgment cross-motions, summary judgment memoranda, exhibits in support of the motions for summary judgment, and the Court's opinion contain proprietary financial information of plaintiff related to its financial condition and practices.

2. Plaintiff has discovered by an Internet search using the web search engine Google, a common search engine used by the public, that the Court's March 28, 2007 opinion and other documents filed with the Court are available to the general public with a very low threshold of access barriers.

3. These pleadings and submissions discoverable on the Internet contain financial information regarding the timing and exact amount of losses sustained by plaintiff from 1999 through 2005.

4. Plaintiff has learned that through direct inquiry to it by the public its potential competitors and clients have discovered and used this information unfairly to compete with plaintiff, or adversely represent plaintiff to prospective customers and employees.

5. Plaintiff has no objection to lawyers, Court personnel, or the public having access to information about the case through review of the Court files at the Courthouse, the ECF system, or by formal electronic or other legal research methods except for specific financial information.  The plaintiff has no objection to the publishing of the Court's opinion in legal reporting services or legal research databases, but was unaware that the information was readily available to the public at large without any legitimate purpose, need, or threshold effort affirmatively to seek out the information.

6. Plaintiff does not seek fully to seal access to the documents but only in the manners described in paragraph 5 and through the substitution of copies of the materials with references to the proprietary and financial information redacted in the most limited way consistent with the Court's direction and the necessity for privacy.

7. Plaintiff has already received adverse publicity and inquiries from competitors and the general public based on its financial information included in the record of this case.

Plaintiff submits the accompanying Memorandum in further support of its Motion and copies of the affected substitute documents with the redactions shown along with a covering index.

WHEREFORE, plaintiff prays that the Court order the clerk to seal the record in a manner that prevents future general public Internet web search engine access to

plaintiff's proprietary financial information contained in the pleadings by removing Internet web search engine and electronic access to the pleadings containing financial information and removing the pleadings from the Internet by withdrawing their publication and electronic access except through the Court's electronic filing system or the Pacer system, or to electronic or printed legal research systems.

>PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.
>
>By: *Roy Niedermayer* (signature)
>　　Roy Niedermayer, Esq. #180380
>　　Katharine O. Porwick, *pro hac vice*
>
>4800 Hampden Lane, 7th Floor
>Bethesda, MD 20814
>Telephone: (301) 951-4456
>
>Attorneys for Plaintiff

- 3 -