UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MDB COMMUNICATIONS, INC.,                            )
                                                    )
            Plaintiff,                               )
                                                    )
      v.                                             )    Civil Action No. 05-2131 (PLF)
                                                    )
HARTFORD CASUALTY INSURANCE CO.,                     )
                                                    )
            Defendant.                               )
_____)
                                                    )
MDB COMMUNICATIONS, INC.,                            )
                                                    )
            Plaintiff,                               )
                                                    )
      v.                                             )    Civil Action No. 06-0604 (PLF)
                                                    )
HARTFORD CASUALTY INSURANCE CO.,                     )
                                                    )
            Defendant.                               )
_____)


<u>ORDER AND JUDGMENT</u>

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment on the claims in Civil

Action No. 06-0604 [35] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion to reconsider, alter or amend the

Court Order of March 28, 2007 on the claims in Civil Action No. 05-2131 [34] is DENIED; it is

FURTHER ORDERED that JUDGMENT is entered for defendant on all claims in

each of these consolidated cases; and it is

FURTHER ORDERED that the Clerk shall remove these cases from the docket of the Court.  This is a final appealable order.  See Fed. R. App. P. 4.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 24, 2008